

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-11-00111-CR

**DOLLIE MICHELLE GREEN,**

                                                                                        **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                                        **Appellee**

_____

### From the 85th District Court
### Brazos County, Texas
### Trial Court No. 06-04155-CRF-85

_____

## MEMORANDUM  OPINION

_____

Dollie Michelle Green appealed the revocation of her community supervision.

She now wishes to dismiss her appeal and personally signed her motion to dismiss.

Accordingly, the appeal is dismissed.  *See* TEX. R. APP. P. 42.2(a).


                                                TOM GRAY
                                                Chief Justice


Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed August 17, 2011
Do not publish
[CR25]